**Raymond Cook YEATTS, Claimant-Appellant, v. UNITED STATES of America, Appellee.**

No. 6026.

United States Court of Appeals
Fourth Circuit.

Argued March 7, 1950.

Decided March 10, 1950.

T. Keister Greer, Roanoke, Va., for appellant.

R. Roy Rush, Assistant U. S. Attorney, Roanoke, Va., and Howard C. Gilmer, Jr., U. S. Attorney, Pulaski, Va., for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This case cannot be distinguished from Busic v. United States, 4 Cir., 149 F.2d 794; and the judgment below will be affirmed on the authority of that decision. See also United States v. One Ford Coupé Automobile, 272 U.S. 321, 47 S.Ct. 154, 71 L. Ed. 279, 47 A.L.R. 1025.

Affirmed.